**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00160-CV**
_____

**CARLTON EUGENE CORBIN, Appellant**

**V.**

**HOWARD M. REINER, SUCCESSOR DEPENDENT ADMINISTRATOR FOR ESTATE OF CHLORA F. CORBIN, Appellee**

_____

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 17-30439**

_____

**MEMORANDUM OPINION**

On May 29, 2019, we received a notice of appeal filed by Carlton Eugene Corbin. Corbin's notice of appeal does not specify the date of the order from which he intends to appeal but states that he is appealing a writ of possession. This Court previously dismissed an appeal by Corbin of an order signed on February 23, 2018, which granted a writ of possession in favor of appellee. *Corbin v. Reiner for the*

1

*Estate of Corbin*, No. 09-19-00091-CV, 2019 WL 2039898, at \*1 (Tex. App.—

Beaumont May 9, 2019, no pet. h.).

On May 30, 2019, we questioned our jurisdiction over this appeal. Corbin did

not file a response. Corbin has not identified a signed order by the trial court that is

appealable at this time. Accordingly, we dismiss the appeal for lack of jurisdiction.

*See* Tex. R. App. P. 42.3, 43.2(f).

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on June 26, 2019
Opinion Delivered June 27, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.